UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, | ) ) ) ) | 3:25-cv-03021-RAL |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MARTY JACKLEY, in his official capacity as ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA, | ) ) ) ) ) ) | MOTION TO DISMISS COMPLAINTS |
| and | ) ) | |
| LARRY D. DEITER, in his official capacity as DIRECTOR OF THE SOUTH DAKOTA DIVISION OF INSURANCE, | ) ) ) ) ) ) | |
| Defendants. | ) | |
| ASTRAZENECA PHARMACEUTICALS LP, | ) ) ) | 4:25-CV-04156-RAL |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| MARTY JACKLEY, in his official capacity as ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA, | ) ) ) ) ) | |
| and | ) ) | |
| LARRY D. DEITER, in his official capacity as DIRECTOR OF THE SOUTH DAKOTA DIVISION OF INSURANCE, | ) ) ) ) ) | |
| Defendants. | ) | |

1

COME NOW, the above-named Defendants, Attorney General Marty Jackley (hereinafter "Jackley" or "Attorney General") and Director of the South Dakota Division of Insurance, Larry Deiter (hereinafter "Deiter" or "Director"), by and through their undersigned counsel, Grant M. Flynn, Assistant Attorney General, and hereby moves this Court, pursuant to Federal Rule of Civil Procedure 12(b), for an order dismissing Pharmaceutical Research and Manufacturers of America's Complaint for Declaratory and Permanent Injunctive Relief as well as AstraZeneca Pharmaceuticals LP's Amended Complaint for Declaratory and Injunctive Relief with prejudice based on Plaintiffs' lack of standing and failure to state a claim on which relief may be granted for the reasons set for in its Brief in Support of Motion to Dismiss, which is submitted under separate cover and incorporated by reference herein.

Dated this 31st day of December 2025.

/s/ *Grant M. Flynn*
Grant M. Flynn
Assistant Attorney General
1302 East SD Highway 1889, Suite #1
Pierre, South Dakota 57501
Telephone: (605) 773-3215
Email: grant.flynn@state.sd.us